DATE:  November 1, 2022


       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Markquall Antwoine Canada
    v. Commonwealth of Virginia
    Record No. 1105-21-3
    Opinion rendered by Judge Humphreys on
    August 30, 2022

2.  Jaquan Ramone Brown
    v. Commonwealth of Virginia
    Record No. 0722-21-3
    Opinion rendered by Judge Friedman on
    September 6, 2022

3.  Shemon Devonte Clayton
    v. Commonwealth of Virginia
    Record No. 1246-21-3
    Opinion rendered by Judge AtLee on
    September 13, 2022

4.  Shemo Devonte Clayton, a/k/a, etc.
    v. Commonwealth of Virginia
    Record No. 1247-21-3
    Opinion rendered by Judge AtLee on
    September 13, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Kionne L. Pulley, s/k/a, etc.
    v. Commonwealth of Virginia
    Record No. 1203-20-3
    Opinion rendered by Judge AtLee
      on December 28, 2021
    Refused (220070)

2. Gabriel Seth Worsham, etc.
    v. Kathleen Bonnie Crispin Worsham, etc., et al.
    Record No. 0663-21-3
    Opinion rendered by Judge Raphael
      on January 11, 2022
    Refused (220142)

3. C. Ray Davenport, Commissioner, etc.
    v. Utility Trailer Manufacturing Company
    Record No. 0285-21-3
    Opinion rendered by Judge Humphreys
      on January 18, 2022
    Refused (220117)

4. Horacio Eugenio Sobol
    v. Christine Marie Sobol
    Record No. 0459-21-4
    Opinion rendered by Judge Russell
      on January 25, 2022
    Petition for appeal withdrawn as case settled (220160)

5. Rodney Massie
    v. Commonwealth of Virginia
    Record No. 0282-21-4
    Opinion rendered by Judge Russell
      on February 8, 2022
    Refused (220143)